UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Farris Jr.**                               Docket No. 5:14-CR-36-1D

### Petition for Action on Supervised Release

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William F. Farris Jr., who, upon an earlier plea of guilty to 18 U.S.C. § 371 Conspiracy to Make, Pass and Deal in Counterfeit United States Currency, was sentenced by the Honorable James C. Dever, III, Chief U.S. District Judge, on October 14, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. William F. Farris Jr. was released from custody on September 02, 2016, at which time the term of supervised release commenced.

On September 22, 2016, as a result of testing positive for cocaine use, the court modified the defendant's conditions to include drug testing and treatment.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 18, 2016, Farris tested positive for cocaine. When confronted with the results, Ferris admitted to using cocaine and signed a substance abuse admission form. As a punitive sanction for this conduct, we are recommending that the conditions be modified to include location monitoring with a curfew for 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision based on his history of substance abuse and need for further monitoring.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

| | |
|---|---|
| Reviewed and Approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Marla M. Bianco<br>Marla M. Bianco<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910.354.2535<br>Executed On: November 1, 2016 |

William F. Farris Jr.
Docket No. 5:14-CR-36-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 3 day of November, 2016, and ordered filed and made a part of the records in the above case.

*/s/ Dever*
James C. Dever III
Chief U.S. District Judge